KINGSLEY MILL CORPORATION *et al. v.* EDMONDS.

ATKINSON, Presiding Justice. 1. The trial court is vested with a wide discretion in the grant or refusal of interlocutory injunctions, which will not be controlled by this court unless abused. Code, § 55-108; *Jones* v. *Camp,* 208 *Ga.* 164 (1) (65 S. E. 2d, 596).

2. A lower riparian owner is entitled to have water flow upon his land in its natural state free from adulteration. Code, §§ 85-1301, 105-1407; *Satterfield* v. *Rowan,* 83 *Ga.* 187 (2) (9 S. E. 677); *City of Elberton* v. *Hobbs,* 121 *Ga.* 749 (3) (49 S. E. 779); *Hodges* v. *Pine Product Co.,* 135 *Ga.* 134 (68 S. E. 1107); *Robertson* v. *Arnold,* 182 *Ga.* 664 (186 S. E. 806, 106 A. L. R. 681); *Cairo Pickle Co.* v. *Muggridge,* 206 *Ga.* 80 (55 S. E. 2d, 562).

3. Where no question of prescriptive rights was involved in this suit by a dairy farmer, seeking to enjoin a manufacturing company from polluting a stream, and where there was evidence, though conflicting, that the stream was being polluted, and that the petitioner had not acquiesced or consented for the water from the defendants' sewerage-disposal plant to be discharged upon his land, the trial court did not abuse its discretion in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur. Duckworth, C.J., Head and Hawkins, JJ., concur in the judgment only.*

No. 17583. SUBMITTED SEPTEMBER 11, 1951—DECIDED OCTOBER 3, 1951.

*Knox & Neal,* for plaintiffs in error.
*Randall Evans Jr.,* contra.